IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

JHON MANCILLA CEBALLOS,      )
                                       )

      Petitioner,               )
                                       )

      v.                       )        CV 322-119
                                       )

WARDEN, YAZOO CITY MEDIUM,     )
                                       )

      Respondent.             )

## ORDER

      After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Respondent's motion to dismiss, (doc. no. 4), **DISMISSES** without prejudice the petition filed pursuant to 28 U.S.C. § 2241, **CLOSES** this civil action, and **DIRECTS** the Clerk to enter an appropriate judgment of dismissal.

      SO ORDERED this ___ day of December, 2022, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE